

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2015

No. 04-15-00597-CV

Julia Ann **HERNANDEZ**,
Appellant

v.

Jaqueline R. **GOEDE**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015CV00194
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

   Julia Ann Hernandez appeals a judgment signed May 26, 2015. Unless a motion that extended the appellate timetable was timely filed, the notice of appeal was due thirty days later on June 25, 2015. *See* Tex. R. Civ. P. 329b(a),(g); Tex. R. App. P. 26.1(a). The clerk's record contains a motion for new trial bearing a date-stamp of June 26, 2015. The certificate of service states the motion for new trial was served on opposing counsel on June 26, 2015. Because the motion for new trial appears not to have been timely filed, Hernandez's notice of appeal was due June 25, 2015, or a motion for extension of time to file the notice of appeal was due fifteen days later on June 30, 2015. *See* Tex. R. App. P. 26.1, 26.3. Hernandez did not file a timely notice of appeal or a motion for extension of time to file the notice of appeal. However, on September 11, 2015, Hernandez filed a notice of appeal.

   We therefore **order** a response due by October 20, 2015, **establishing that the motion for new trial and notice of appeal were timely filed electronically** or showing other cause why this appeal should not be dismissed for lack of jurisdiction. *See* Tex. R. Civ. P. 21(f)(5). If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* Tex. R. App. P. 42.3(a), (c). Appellant has the burden to request the trial court clerk prepare a supplemental clerk's record containing all necessary pleadings and orders to establish this court's jurisdiction. Appellant must file a copy of any such request with this court. All deadlines in this matter are suspended until further order of the court.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2015.



_____

Keith E. Hottle
Clerk of Court